UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>PETER ROY,<br><br>and<br><br>ALLISON ROY,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br>1:25-cv-00203-JAW |

**STATUS REPORT**

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. Plaintiff agreed to provide the defendant with the itemization of past due payments, an estimated of re-amortized loan, and payoff statements within 21 days of the second mediation session.

2. The parties are tentatively scheduled to participate in mediation on or around December 15, 2025, however, the plaintiff has not received a mediation notice to confirm the date of mediation.

Dated this November 25, 2025.

                                                  /s/ *Kevin J. Crosman*
                                                Kevin J. Crosman, Bar No. 4279
                                                Attorney for Plaintiff

JENSEN BAIRD

Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that November 25, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record

    Dated at Portland, Maine, this November 25, 2025.

                                        /s/ *Kevin J. Crosman*
                                      _____
                                      Kevin J. Crosman, Bar No. 4279
                                      Attorney for Plaintiff